

## ORDERED in the Southern District of Florida on November 30, 2022.

A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

RUTH MARITZA SIERRA,

    Debtor.
_____/

CASE NO. 19-12680-AJC

Chapter 13

### ORDER DIRECTING CLERK TO CLOSE CASE WITHOUT ISSUANCE OF DISCHARGE

**THIS CAUSE** came before the Court for hearing on November 15, 2022 upon the Court's Order to Show Cause Why the Case Should not be Closed Without a Discharge for Failure to File the Financial Management Certificate [ECF 85] and Order to Show Cause Why the Case Should not be Closed Without a Discharge for Failure to File the LF-97 [ECF 86]. The Court directed counsel to cure the deficiency within seven (7) days or the case would be closed without a discharge. Prior to the hearing, on November 8, 2022, counsel filed a Local Form 97 [ECF 91] which stated, erroneously, in answer to item 2, "*The debtor has completed an instructional course concerning personal financial management . . . and proof of completion of the course was filed with the court on April 23, 2015*". This case did not commence until 2019. The Court issued a Notice of Filing Deficiency at ECF 92, advising counsel of the error. No correct LF-97 or Certificate of Financial Management has been filed, and the seven day deadline has expired. The Court being fully advised, it is

    **ORDERED** that the Clerk is directed to close this case without this issuance of a discharge.

# # #